**1269-15**

# ELECTRONIC RECORD

COA # 10-14-00053-CR

OFFENSE: Misapp. of Fid. Prop. or Prop. of Financial Inst.

STYLE: Wesley Theodore Burns v. The State of Texas

COUNTY: Brazos

TRIAL COURT: 361st District Court

TRIAL COURT #: 11-02209-CRF-361

TRIAL COURT JUDGE: Hon. Steven Lee Smith

DISPOSITION: Affirmed

_____ MOTION

FOR REHEARING IS: _____

DATE: _____

JUDGE: _____

DATE: August 27, 2015

JUSTICE: Chief Justice Gray       PC       S    X

PUBLISH: _____       DNP:  X

CLK RECORD: March 19, 2014

RPT RECORD: June 16, 2014

STATE BR: June 9, 2015

APP BR: March 10, 2015

SUPP CLK RECORD: September 30, 2014

SUPP RPT RECORD: _____

SUPP BR: _____

PRO SE BR: _____

---

## IN THE COURT OF CRIMINAL APPEALS

### ELECTRONIC RECORD

CCA # **1269-15**

------------------

___PRO SE___ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

REFUSED

DATE: 11/04/2015

JUDGE: _____

Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____       PC: _____

PUBLISH: _____       DNP: _____

------------------

_____ MOTION FOR REHEARING IN

CCA IS: _____ ON _____

JUDGE: _____

MOTION FOR STAY OF MANDATE IS:

_____ ON _____

JUDGE: _____